```
         FILED          RECEIVED
         ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

              OCT 0 6 2025

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
  BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Federal Trade Commission, and

State of Nevada,

    Plaintiffs,

v.

American Tax Service LLC, et al.,

    Defendants.

No. 25-cv-01894

**Order**

2:25-cv-01894-GMN-EJY

Upon consideration of Plaintiffs' *Ex Parte* Motion to Temporarily Seal the Docket and Entire File, the Court, having reviewed the submission of counsel, finds that good cause exists to temporarily seal the file in this matter. It is hereby:

**Ordered** that the motion is **granted**, and

**It is further ordered** that the file and docket in this action, including the Complaint, *Ex Parte* Motion for Temporary Restraining Order, and the accompanying exhibits, **will be sealed until October 14, 2025.** At that time, the Clerk will automatically lift the seal without motion by Plaintiffs or further Order of the Court.

This Order is not to be construed to prohibit service or other disclosure by Plaintiffs, any Court-appointed Temporary Receiver, or those acting at their direction, of any *Ex Parte* Temporary Restraining Orders and any papers filed in support thereof to: (1) the parties; (2) nonparty financial institutions; (3) law enforcement agencies; or (4) foreign enforcement or regulatory authorities.

It is so ordered:

_____
United States District Judge

Dated: October 7, 2025