UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN TAX SERVICE LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-01894-GMN-EJY<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

Pending before the Court is Plaintiffs' *ex parte* Motion for Copies of Sealed Orders. ECF No. 12. The Motion states the Plaintiffs need "copies of the sealed orders in this case because, as government agencies, regular mail addressed to Plaintiffs must undergo security screening, which significantly delays counsel's receipt of physical mail." *Id*. at 2.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' *ex parte* Motion for Copies of Sealed Orders (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court **must** send all documents previously filed in this matter (ECF Nos. 1 through 13), together with a copy of this Order, to Counsel for Plaintiffs (Simon Barth, James Evans, Ziwei Zheng, and Samantha Feeley) **by encrypted email**, with a separate email containing the password, no later than end of day today (October 15, 2025).

IT IS FURTHER ORDERED that until this matter is unsealed, all documents once filed must be sent by encrypted email to Plaintiffs' counsel on the day of filing. Upon unsealing this case, service through CM/ECF will commence.

Dated this 15th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1