**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Federal Trade Commission, and

State of Nevada,

    Plaintiffs,

v.

American Tax Service LLC, et al.,

    Defendants.

No. 2:25-cv-1894-GMN-EJY

**Order Granting Plaintiffs' Motion to Unseal the Docket and Entire File**

Upon consideration of Plaintiffs' Motion to Unseal the Docket and Entire File, the Court, having reviewed the submission of counsel, finds that good cause exists to unseal the file in this matter. It is hereby:

**Ordered** that the motion, (ECF No. 15) is **granted**, and

**It is further kindly requested** that the Clerk **unseal** the file and docket in this action, and

**It is further ordered** that Plaintiffs' *Ex Parte* Motion to Extend the Temporary Seal of the Docket and Entire File (ECF No. 13) is **DENIED AS MOOT**.

It is so ordered:

_____
Hon. Gloria M. Navarro
United States District Judge

Dated: October 15, 2025