**Simon Barth**, MA Bar No. 706122, DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, Mailstop CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**


**Aaron D. Ford**, Attorney General
**Ernest D. Figueroa**, Consumer Advocate

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**State of Nevada, Office of the Attorney General**
Bureau of Consumer Protection
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **Federal Trade Commission**, and **State of Nevada**, <br><br>  Plaintiffs, <br><br> v. <br><br> **American Tax Service LLC, et al.**, <br><br> Defendants. | No. 2:25-cv-1894-GMN-EJY <br><br> **Stipulation and [Proposed] Order to Continue Supplemental Briefing Schedule** <br><br> **(FIRST REQUEST)** |

Counsel for Plaintiffs, the Federal Trade Commission and State of Nevada, and Defendants Terrance Selb and Tyler Bennett ("the Individual Defendants") hereby stipulate as follows:

## STIPULATION

The parties would benefit from a short extension of the supplemental preliminary injunction briefing schedule to explore whether the matter can be fully resolved by stipulation.

In the interest of conserving judicial resources and to allow time for the foregoing discussions, the parties have agreed to continue the supplemental briefing schedule set forth in the Court's Minute Order (Docket No. 51) as follows:

Defendants' sur-response is due Monday, November 17, 2025.

Plaintiffs' sur-reply is due Friday, November 21, 2025.

This stipulation is made and submitted in good faith and not for purposes of delay.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __October 30, 2025_____

2

**Approved and Consented to:**

/s/ Ziwei Zheng
**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**Office of the Nevada Attorney General**
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff
State of Nevada**

/s/ Simon Barth
**Simon Barth**, MA Bar No. 706122,
DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff
Federal Trade Commission**

/s/ Bradley T. Austin
**Blakeley E. Griffith** (NV Bar #12386)
**Bradley T. Austin** (NV Bar #13064)
**Benjamin W. Reeves** (*Pro Hac Vice*)
Snell & Wilmer
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
(702) 784-5200
bgriffith@swlaw.com
baustin@swlaw.com
breeves@swlaw.com

**Attorneys for Individual Defendants**