

Blakeley E. Griffith, Esq. (NV Bar #12386)
Bradley T. Austin, Esq. (NV Bar #13064)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  702.784.5200
Facsimile:  702.784.5252
bgriffith@swlaw.com
baustin@swlaw.com

Benjamin W. Reeves, Esq. (*pro hac vice*)
SNELL & WILMER L.L.P.
1 East Washington St., Suite 2700
Phoenix, AZ 85004
Telephone:  602-382-6000
breeves@swlaw.com
*Attorneys for the Individual Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**Federal Trade Commission**, and

**State of Nevada**,

  Plaintiffs,

v.

**American Tax Service LLC, et al.**,

  Defendants.

No. 2:25-cv-1894-GMN-EJY

**Stipulation and [Proposed] Order Releasing Funds for Living Expenses**

Defendants Terrance Selb and Tyler Bennett ("the Individual Defendants") and Plaintiffs, the Federal Trade Commission and State of Nevada, hereby stipulate to modify the Temporary Restraining Order (Docket No. 9) to release certain funds for living expenses, as follows:

1. U.S. Bank must transfer the amount of $5,000 from account number xxxx5168 in the name of Terrance Selb to Citibank account number xxxx8611 in the name of Terrance Selb. After such transfer, US Bank account number xxxx5168 in the name of Terrance Selb will remain frozen.

2. Bank of America must transfer the amount of $5,000 from account number xxxx5104 in the name of Tyler Bennett to Citibank account number xxxx4254 in the name of Tyler

4900-3248-9080

1  Bennett. After such transfer, Bank of America account number xxxx5104 in the name of Tyler
2  Bennett will remain frozen.
3      3.    Individual Defendants reserve all rights to seek the release of additional living
4  expenses and also attorneys' fees from the Court.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 11, 2025

Approved and Consented to:

/s/ *Bradley Austin*
Blakeley E. Griffith (NV Bar #12386)
Bradley T. Austin (NV Bar #13064)
Benjamin W. Reeves (*Pro Hac Vice*)
Snell & Wilmer
1700 South Pavilion Center Dr., Ste.00
Las Vegas, NV 89135
(702) 784-5200
bgriffith@swlaw.com
baustin@swlaw.com
breeves@swlaw.com

*Attorneys for Individual Defendants*

/s/ *Simon Barth*
Simon Barth, MA Bar No. 706122,
DC Bar No. 90035761
James E. Evans, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

/s/ *Ziwei Zheng*
Ziwei Zheng, NV Bar No. 16351
Samantha B. Feeley, NV Bar No. 14034
Office of the Nevada Attorney General
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*

4900-3248-9080