**Simon Barth**, MA Bar No. 706122, DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, Mailstop CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

**Aaron D. Ford**, Attorney General
**Ernest D. Figueroa**, Consumer Advocate

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**State of Nevada, Office of the Attorney General**
Bureau of Consumer Protection
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Federal Trade Commission**, and <br><br> **State of Nevada**, <br><br>        Plaintiffs, <br><br>    v. <br><br> **American Tax Service LLC, et al.**, <br><br>        Defendants. | No. 2:25-cv-1894-GMN-EJY <br><br> **Stipulation and [Proposed] Order Modifying the Preliminary Injunction** |

1

Defendants Terrance Selb and Tyler Bennett ("the Individual Defendants") and Plaintiffs, the Federal Trade Commission and State of Nevada, hereby stipulate to modify the Preliminary Injunction (Docket No. 64) to permit the sale of their residence in Henderson, Nevada 89074, by the Receiver, Stephen J. Donell of FedReceiver, Inc.

As of February 10, 2026, neither Individual Defendant resides in Henderson, Nevada, and the sale of the residence will minimize unnecessary expenditures. As such, the Individual Defendants and Plaintiffs consent to the Receiver's sale of the Property and stipulate as follows:

Within seven (7) days of the date of entry of this Order, the Individual Defendants will transfer legal and equitable title of their residence located in Henderson, Nevada 89074, as described in Exhibit 2 to Individual Defendants' Emergency Motion to Modify Temporary Restraining Order (ECF 57-2) (hereinafter, the "Property") to the Receiver.[1] To transfer title, the Individual Defendants will follow all written instructions from the Receiver. Upon such transfer of title, the Property will be subject to the Stay of Actions set forth in Section XVII of the Preliminary Injunction. ECF 64.

Individual Defendants are permitted a reasonable amount of time (up to, and including through February 27, 2026, or as further agreed and/or extended between the Receiver and Individual Defendants) to move home furnishings and personal property from the Property. On February 28, 2026 (or as further agreed and/or extended between the Receiver and Individual Defendants), Individual Defendants will transfer possession of the Property to the Receiver. To transfer possession, the Individual Defendants will vacate the Property in "broom clean condition" and deliver all keys and security codes, if any, to the Receiver along with written notice that possession is surrendered.

The Receiver may engage a licensed broker to list and market the Property for sale. Subject to the Court approving the sale via a noticed motion, the Receiver or his designated agent may sell the Property and hold the net proceeds from the sale in a separate account until

---

[1] The Receiver reserves all rights regarding the issue of the rightful owner of the Property and payments made by the entities in receivership toward the Property.

further order of this Court. Any mortgages, fees, taxes, broker commission, or other payments mandated from the sale by law will be paid from the proceeds of the sale.

**It is so ordered:**

_____
Hon. Gloria M. Navarro
United States District Judge

Dated:   February 10, 2026

**So stipulated and agreed:**

**for Plaintiffs:**

/s/ Simon Barth

_____

**Simon Barth**, MA Bar No. 706122,
DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**Office of the Nevada Attorney General**
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

Dated:

3

Dated:

**for Defendants:**

/s/ Blakeley E. Griffith

**Blakeley E. Griffith**, NV Bar No. 12386
**Bradley T. Austin**, NV Bar No. 13064
**Snell & Wilmer LLP**
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
(702) 784-5200
bgriffith@swlaw.com
baustin@swlaw.com

**Benjamin W. Reeves**, pro hac vice
**Snell & Wilmer LLP**
1 East Washington St., Suite 2700
Phoenix, AZ 85004
(602) 382-6000
breeves@swlaw.com

**Attorneys for the Individual Defendants**

for Receiver Stephen J. Donell:

Dated:

/s/ Edward G. Fates

**Edward G. Fates**, pro hac vice
**Allen Matkins Leck Gamble Mallory &
Natsis LLP**
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA 92101
(619) 233-1155
tfates@allenmatkins.com

**Joshua A. Del Castillo**, pro hac vice
**Alphamorlai L. Kebeh**, pro hac vice
**Allen Matkins Leck Gamble Mallory &
Natsis LLP**
865 South Figueroa St., Suite 2800
Los Angeles, CA 90017
(213) 622-5555
jdelcastillo@allenmatkins.com
mkebeh@allenmatkins.com

**Jarrod L. Rickard**, NV Bar No. 10203
**Semenza Rickard Law**
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145
(702) 835-6803
jlr@semenzarickard.com

**Attorneys for Receiver Stephen J. Donell**,
Court-Appointed Receiver for Corporate
Defendants American Tax Service LLC,
American Tax Solutions, American Tax
Solutions LLC, ATS Tax Group LLC, Elite
Sales Solutions also d/b/a American Tax
Service, GetaTaxLawyer.com LLC, TNT
Holdings Group LLC, TNT Services Group
LLC, TNT Tax Associates Inc.