# EXHIBIT 3

## Stapleton Group
## Detailed Invoices



| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| | | |
|---|---|---|
| **Professional Services Rendered:** | USD | **$ 50,157.50** |
| **Expenses:** | USD | **$ 11.49** |
| **Invoice Total** | USD | **$ 50,168.99** |

Rounding differences may exist compared to the detail pages

**TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT VIA ACH TO**

| | |
|---|---|
| Bank Name: | JP Morgan Chase Bank |
| ABA#: | 021000021 |
| Swift Code: | CHASUS33 |
| Account: | 328833006 |
| Branch address: | 4 New York Plaza, New York, NY, 10004 |
| Beneficiary: | J.S. Held LLC - US |
| Reference (Mandatory): | Invoice No: INV-01US-0340248 |

If ACH payments are not an option for your company, please mail all checks to

| *Mailing Address* | *Overnight Mailing Address* |
|---|---|
| **J.S. Held US Lockbox** | **JP Morgan Chase – Lockbox Processing** |
| P.O. Box 23368 | Attn: J.S. Held US Lockbox #23368 |
| New York, NY 10087-3368 | 4 Chase Metrotech Center, 7th Fl East |
| | Brooklyn NY 11245 |

Please send your remittance statement at the time payment is processed to Payments@JSHeld.com

Payment via Credit Card: Please see below credit card link to process payment of your invoice. Please note that there will be a 4% processing fee added on to your charge for the process of the payment using this link.
Click here to make your payment

Please email CashApps@JSHeld.com with any questions you may have regarding invoice payments.

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0340248** WHEN REMITTING PAYMENT    Page 1 of 10
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 153**



| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| Staff Member | Total Hours | Rate | Amount |
|---|---|---|---|
| **STRATEGIC ADVISORY** | | | |
| Blake Hayes | 0.40 | 225.00 | 90.00 |
| David Stapleton | 7.20 | 545.00 | 3,924.00 |
| Hamish Davidson | 43.40 | 515.00 | 22,351.00 |
| Michelle Papenfuss | 46.70 | 425.00 | 19,847.50 |
| Peter Davis | 1.00 | 545.00 | 545.00 |
| Sydney Fisher | 13.60 | 250.00 | 3,400.00 |
| **TOTAL STRATEGIC ADVISORY** | **112.30** | | **50,157.50** |
| **TOTAL PROFESSIONAL SERVICES RENDERED:** | **112.30** | | **$ 50,157.50 USD** |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/1/2025 | Michelle Papenfuss | Review and updates notes from meeting. Confer w/ DS, PD and HD re: format for report. | 0.30 |
| 11/3/2025 | David Stapleton | T/C w/ team. Review progress. Update on emails. | 0.50 |
| 11/3/2025 | Hamish Davidson | Participate in follow-up call to discuss items to be included in Interim Report. | 0.40 |
| 11/3/2025 | Hamish Davidson | Update all notes and create new Excel spreadsheet as basis for Report. | 2.50 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 154**



| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/3/2025 | Michelle Papenfuss | Review FTC report outlines. Confer w/ S. Donell and S. Barth. T/C w/ HD re: ATS report. Run additional years GL reports. Update files. T/C w/ S. Bates re: email accounts. F/U w/ DS re: emails. | 1.90 |
| 11/4/2025 | Blake Hayes | T/C w/ B. Greenleaf re: case. Confer w/ MP re: case. | 0.30 |
| 11/4/2025 | David Stapleton | Review and prepare for call w/ FTC. Update w/ MP. Debrief re: same. T/C w/ MP re: report and next steps. | 1.60 |
| 11/4/2025 | Hamish Davidson | Participate in review call following FTC discussion. Discuss work plan. | 0.50 |
| 11/4/2025 | Hamish Davidson | Work on 2024 GL review and analysis. | 2.50 |
| 11/4/2025 | Michelle Papenfuss | T/C w/ FTC and receivership team re: case update and reporting requirements. F/U w/ D. Stapleton. T/C w/ S. Bates re: account list and case update. | 1.20 |
| 11/4/2025 | Michelle Papenfuss | F/U re: requested forms to T. Fates. Related F/Us. T/C w/ HD re: update. T/C w/ DS re: reporting update. Export vendor list for S. Bates. Field calls into office re: ATS case. Continue to research GL transactions. | 2.00 |
| 11/5/2025 | Blake Hayes | Forward B. Greenleaf information to MF re: case. | 0.10 |
| 11/5/2025 | Hamish Davidson | Review status of FY 2023/24 analysis and discuss report draft contents. | 0.50 |
| 11/5/2025 | Hamish Davidson | Worke on analysis of 2023 and 2024 GL and identify transactions of note. | 3.10 |
| 11/5/2025 | Michelle Papenfuss | T/C to B. Greenleaf re: call into office on ATS. Review and respond to M. Kebeh inquiries. Confer re: Form 56. Research and update accounting records for report. | 1.40 |

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0340248** WHEN REMITTING PAYMENT
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 155**



**S T A P L E T O N  G R O U P**

A PART OF JS HELD

|  |  |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/5/2025 | Michelle Papenfuss | Draft interim report draft to Receiver. Research and update data. Update to HD re: report status. | 3.00 |
| 11/6/2025 | Hamish Davidson | Work on inputs and updates to report for Receiver. | 2.40 |
| 11/6/2025 | Hamish Davidson | Conduct further research into GL transactions with focus on balance sheet entries. | 2.60 |
| 11/6/2025 | Michelle Papenfuss | Confer w/ S. Bates re: Wells and open items. Review HD updates to the report and provide comments and edits.  T/Cs w/ HD re: report open items. | 1.40 |
| 11/6/2025 | Michelle Papenfuss | Update and write new sections of report to Receiver. Access Relativity and set up account. Review emails for relevant transaction details on vehicle purchases and misc. transactions. | 3.50 |
| 11/7/2025 | David Stapleton | Review report. Confer w/ MP. Review and discuss issues. | 0.60 |
| 11/7/2025 | Hamish Davidson | Participate in call to review draft report to Receiver. | 0.40 |
| 11/7/2025 | Hamish Davidson | Add sections to draft of report for Receiver. | 1.10 |
| 11/7/2025 | Hamish Davidson | Analyze GL accounts for abnormal transactions in balance sheet. | 1.50 |
| 11/7/2025 | Hamish Davidson | Work on draft report for Receiver. | 2.10 |
| 11/7/2025 | Michelle Papenfuss | T/C w/ S. Bates re: logics report. F/U w/ HD re: report items. Confer w/ DS. Update report based on feedback and finalize and deliver to S. Donell. | 1.70 |
| 11/7/2025 | Michelle Papenfuss | T/C w/ HD re: report finalization. Review and edit interim report. Update account re: Relativity. Review emails for evidence of purchases and update report. Deliver report draft to DS for review. | 2.50 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 156**



|  |  |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/8/2025 | David Stapleton | Comments on report to Receiver. | 0.70 |
| 11/9/2025 | Hamish Davidson | Review final version of financial inputs to interim report and note follow-ups. | 0.80 |
| 11/10/2025 | David Stapleton | Review report and emails. | 0.40 |
| 11/10/2025 | Hamish Davidson | Participate in discussion regarding mark ups to Interim Report for Receiver. | 0.30 |
| 11/10/2025 | Hamish Davidson | Work on follow-ups to Interim Report. | 1.10 |
| 11/10/2025 | Michelle Papenfuss | T/C w/ HD re: report edits. T/C w/ DS re: case update and report edits. Follow up w/ SF re: tasks. Review HD edits to report. | 0.80 |
| 11/10/2025 | Michelle Papenfuss | Research and related edits to receivers interim report draft. Provide revised copy to DS. | 2.00 |
| 11/11/2025 | David Stapleton | Review comments on report. Prepare for call tomorrow. Confer w/ MP. Review data. | 0.80 |
| 11/11/2025 | Hamish Davidson | Review updated interim report. | 0.20 |
| 11/11/2025 | Michelle Papenfuss | F/U w/ PD re: report edits. Update Interim report with comments from PD. Send to DS for review. Finalize and provide updated report to S. Donell. Request follow up call re: next steps. Confer w/ SF re: Schwab production review. | 1.30 |
| 11/11/2025 | Peter Davis | Review and edit report. | 1.00 |
| 11/11/2025 | Sydney Fisher | Review bank statements and other documents regarding email responses to Receiver. | 2.90 |
| 11/12/2025 | David Stapleton | Review issues for call w/ Receiver. T/C w/ MP. Attend call w/ Receiver. Debrief and notes re: same. | 1.30 |
| 11/12/2025 | Hamish Davidson | Participate in review call with receiver and counsel. | 0.70 |
| 11/12/2025 | Hamish Davidson | Review draft Schwab response and production. | 0.70 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 157**



| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/12/2025 | Hamish Davidson | Review interim report draft and other research materials in preparation for receiver call. | 0.90 |
| 11/12/2025 | Michelle Papenfuss | T/C w/ S. Donell, S. Bates and T. Fates re: ATS focus and analysis. Related follow ups. | 0.80 |
| 11/12/2025 | Michelle Papenfuss | Relativity research for relevant emails and transactions.  Review Schwab production file and send comments to SF. Research auction purchase F/U w/ SF re: Maverick production review. | 2.10 |
| 11/12/2025 | Sydney Fisher | Review bank statements and other documents regarding email responses to Receiver. | 1.40 |
| 11/13/2025 | Hamish Davidson | Research transactions in QB and follow up on specific large items. | 0.70 |
| 11/13/2025 | Michelle Papenfuss | Research Alex Cooper and accounting software and case background in Relativity. T/C w/ SF re: Maverick production review. Review documents and provide feedback. | 1.10 |
| 11/13/2025 | Sydney Fisher | Review bank statements and other documents regarding email responses to Receiver. | 1.20 |
| 11/14/2025 | David Stapleton | Review progress. Confer w/ team. Respond to emails. | 0.30 |
| 11/14/2025 | Hamish Davidson | Research large vendor payments. | 0.70 |
| 11/14/2025 | Michelle Papenfuss | Research report and confer w/ HD re: status and required updates.  Confer w/ S. Sira re: GoDaddy. Confer w/ S. Donell re: report status. Update to internal team. | 0.90 |
| 11/17/2025 | Hamish Davidson | Discuss deliverables and status of update for submission on 11/19. | 0.20 |
| 11/17/2025 | Hamish Davidson | Analyze payments to Defendants during analyzed period. | 2.80 |
| 11/17/2025 | Hamish Davidson | Analyze and review payments over $50k during analyzed period. | 3.00 |

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0340248** WHEN REMITTING PAYMENT    Page 6 of 10
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 158**



**STAPLETON GROUP**

A PART OF JS HELD

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/17/2025 | Michelle Papenfuss | Review Tulloch's account in Logics. Provide requested answers to S. Donell. Follow up with review of client case notes and transactions. Review agreement w/ ATS and provide details as requested. | 1.50 |
| 11/17/2025 | Michelle Papenfuss | Research sections for updated interim report to receiver. T/C w/ HD re: report. Review communication w/ S. Bates and M. Kebeh. | 1.60 |
| 11/17/2025 | Sydney Fisher | Review and analyze Maverick documents. | 4.50 |
| 11/18/2025 | Hamish Davidson | Participate in internal discussion on contents and status of updated report. | 0.50 |
| 11/18/2025 | Hamish Davidson | Work on reconciliation and tie-out of officer loan accounts. | 0.50 |
| 11/18/2025 | Hamish Davidson | Work on reconciling pivot tables and tying out loan balances. | 0.70 |
| 11/18/2025 | Hamish Davidson | Complete analysis and draft inputs to updated report. | 3.80 |
| 11/18/2025 | Michelle Papenfuss | Research in Relativity and downloaded documents to investigate items for interim report. | 1.20 |
| 11/18/2025 | Michelle Papenfuss | Review HD edits to report. Review UCFS supplimental production and provide comments to counsel. Review accounting and provide edits to CG. T/C w/ HD re: report updates. T/C w/ S. Sira re: screen connect. | 1.40 |
| 11/18/2025 | Michelle Papenfuss | Review HD updates to report and provide edits. Update report to add requested sections. | 2.00 |
| 11/18/2025 | Sydney Fisher | Review and analyze Maverick documents. | 3.60 |
| 11/19/2025 | Hamish Davidson | Analyze and tie out general ledger accounts being incorporated in updated report. | 1.10 |
| 11/19/2025 | Hamish Davidson | Review report drafts and discuss amendments. | 1.30 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 159**



| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 11/19/2025 | Hamish Davidson | Identify and review additional areas to highlight in updated report. | 1.60 |
| 11/19/2025 | Michelle Papenfuss | T/C w/ S. Bates re: Ramp. Related research. Review accounting records on case. F/U w/ S. Sira re: same. | 0.60 |
| 11/19/2025 | Michelle Papenfuss | Review HD updates to report, research related items, edit report. Confer w/ DS re: edits and update accordingly. Deliver to S. Donell and counsel. | 4.80 |
| 11/20/2025 | David Stapleton | Review report. Comments on same. Confer w/ MP and team. | 0.40 |
| 11/21/2025 | David Stapleton | Review and respond to emails. | 0.30 |
| 11/21/2025 | Michelle Papenfuss | Coordination w/ Drake software team. Review emails, F/U w/ S. Sira re: Ramp. T/C w/ C. Garrett, J. Madux re: Drake software transfer. Confer w/ S. Sira for necessary drive updates. Review court documents from T. Fates. Confer w/ team re: Paycom access. | 2.30 |
| 11/24/2025 | David Stapleton | Review emails and confer w/ team. | 0.30 |
| 11/24/2025 | Michelle Papenfuss | Review Relativity for Henderson downpayment information. Research and package report, download files. Deliver files to S. Donell. Review emails from S. Donell. Confer w/ DS re: action items required. | 2.60 |
| 11/25/2025 | Hamish Davidson | Catalogue National Processing production and summarize contents. | 2.20 |
| 11/25/2025 | Michelle Papenfuss | Review accounting and distribute to Allen Matkins. Review open request items and update notes. | 0.50 |
| 11/26/2025 | Michelle Papenfuss | Review supplemental filing by S. Donell. Confer w/ HD on case update. | 0.30 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 160**



| | |
|---|---|
| **Invoice No:** | INV-01US-0340248 |
| **Date:** | 1/7/2026 |
| **Due date:** | 1/7/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 11/26/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| | | **TOTAL:** | **112.30** |

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0340248** WHEN REMITTING PAYMENT          Page 9 of 10
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 161**



|                    |                      |
|--------------------|----------------------|
| **Invoice No:**        | INV-01US-0340248   |
| **Date:**              | 1/7/2026           |
| **Due date:**          | 1/7/2026           |
| **Payment Terms:**     | Due Upon Receipt   |
| **Bill Through Date:** | 11/26/2025         |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|-------------|--------------|
| 251001093   | FTC v American Tax Service |

**SUMMARY OF EXPENSES:**

| Staff Member | Amount |
|--------------|--------|
| **STRATEGIC ADVISORY** | |

| STRATEGIC ADVISORY TOTALS | |
|---------------------------|--|
| **TOTAL EXPENSES:** | **11.49 USD** |

**EXPENSE DETAIL**

| Expenses | Amount |
|----------|--------|
| Software | 11.49 |
| **TOTAL EXPENSES:** | **11.49 USD** |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 162**



| Invoice No: | INV-01US-0346443 |
| --- | --- |
| **Date:** | 1/26/2026 |
| **Due date:** | 1/26/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 12/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
| --- | --- |
| 251001093 | FTC v American Tax Service |

| | | |
| --- | --- | --- |
| **Professional Services Rendered:** | USD | $ 28,467.00 |
| **Expenses:** | USD | $ 42.09 |
| **Invoice Total** | USD | $ 28,509.09 |

Rounding differences may exist compared to the detail pages

**TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT VIA ACH TO**

| | |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank |
| ABA#: | 021000021 |
| Swift Code: | CHASUS33 |
| Account: | 328833006 |
| Branch address: | 4 New York Plaza, New York, NY, 10004 |
| Beneficiary: | J.S. Held LLC - US |
| Reference (Mandatory): | Invoice No: INV-01US-0346443 |

If ACH payments are not an option for your company, please mail all checks to

| *Mailing Address* | *Overnight Mailing Address* |
| --- | --- |
| **J.S. Held US Lockbox** | **JP Morgan Chase – Lockbox Processing** |
| P.O. Box 23368 | Attn: J.S. Held US Lockbox #23368 |
| New York, NY 10087-3368 | 4 Chase Metrotech Center, 7th Fl East |
| | Brooklyn NY 11245 |

Please send your remittance statement at the time payment is processed to Payments@JSHeld.com.

Payment via Credit Card: Please see below credit card link to process payment of your invoice. Please note that there will be a 4% processing fee added on to your charge for the process of the payment using this link. Click here to make your payment

Please email CashApps@JSHeld.com with any questions you may have regarding invoice payments.

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0346443** WHEN REMITTING PAYMENT     Page 1 of 7
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 163**



| | |
|---|---|
| **Invoice No:** | INV-01US-0346443 |
| **Date:** | 1/26/2026 |
| **Due date:** | 1/26/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 12/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| Staff Member | Total Hours | Rate | Amount |
|---|---|---|---|
| **STRATEGIC ADVISORY** | | | |
| David Stapleton | 1.90 | 545.00 | 1,035.50 |
| Hamish Davidson | 25.10 | 515.00 | 12,926.50 |
| Michelle Papenfuss | 23.90 | 425.00 | 10,157.50 |
| Peter Davis | 0.50 | 545.00 | 272.50 |
| Sydney Fisher | 16.30 | 250.00 | 4,075.00 |
| **TOTAL STRATEGIC ADVISORY** | **67.70** | | **28,467.00** |
| **TOTAL PROFESSIONAL SERVICES RENDERED:** | **67.70** | | **$ 28,467.00  USD** |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 12/2/2025 | David Stapleton | Update w/ MP. Review issues. Review emails. | 0.50 |
| 12/2/2025 | Michelle Papenfuss | T/C w/ S. Sira re: on site removal of computers and needed items. Confer w/ S. Bates re: Intuit. Research requested transactions. | 1.30 |
| 12/3/2025 | Hamish Davidson | Participate in internal status review of Maverick production and follow up on items. | 0.70 |
| 12/3/2025 | Hamish Davidson | Review current status of Maverick Production analysis. | 0.90 |
| 12/3/2025 | Michelle Papenfuss | Confer w/ HD and SF re: Maverick analysis. Research vendors, review Relativity and provide requested documents to S. Bates. T/C w/ DS re: case update. Related follow ups. | 1.50 |

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0346443** WHEN REMITTING PAYMENT    Page 2 of 7
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 164**



**STAPLETON GROUP**

A PART OF JS|HELD

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

| | |
|---|---|
| **Invoice No:** | INV-01US-0346443 |
| **Date:** | 1/26/2026 |
| **Due date:** | 1/26/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 12/31/2025 |

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 12/3/2025 | Sydney Fisher | Met with Hamish Davidson to discuss Maverick discovery. | 0.50 |
| 12/3/2025 | Sydney Fisher | Review bank statements and other documents regarding Maverick production. | 5.90 |
| 12/4/2025 | Hamish Davidson | Participate in discussion regarding content and quality of Maverick production. | 0.40 |
| 12/4/2025 | Hamish Davidson | Check bank statements in Maverick against productions with quality copies. | 1.10 |
| 12/4/2025 | Hamish Davidson | Review Maverick production documents. | 2.30 |
| 12/4/2025 | Michelle Papenfuss | Research new potential entities in Relativity, Logics and Drake. Download and save evidence. Respond to team.  T/C w/ S. Sira re: log in and Drake call. | 2.00 |
| 12/4/2025 | Sydney Fisher | Met with Hamish Davidson to discuss Maverick discovery. | 0.50 |
| 12/4/2025 | Sydney Fisher | Review bank statements and other documents regarding Maverick production. | 4.80 |
| 12/5/2025 | David Stapleton | Review reporting issues and emails. Confer w/ team. | 0.30 |
| 12/5/2025 | Hamish Davidson | Participate in call to discuss Maverick issues and responses to items related to production. | 0.60 |
| 12/5/2025 | Hamish Davidson | Work on issues with Maverick production and address with forensic IT. | 2.30 |
| 12/5/2025 | Hamish Davidson | Populate 174 lines of document description from Maverick production. | 2.50 |
| 12/5/2025 | Michelle Papenfuss | Research links to former employees 401k emails. Review Relativity for information. F/U w/ S. Donell. | 1.00 |
| 12/5/2025 | Michelle Papenfuss | Drake software transfer calls. Related F/Us. | 1.90 |
| 12/5/2025 | Michelle Papenfuss | Review emails re: vehicles and artwork. Research 401k. Confer w/ DB and JA re: | 2.10 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 165**



| | | | |
|---|---|---|---|
| **Invoice No:** | INV-01US-0346443 |
| **Date:** | 1/26/2026 |
| **Due date:** | 1/26/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 12/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| | | interim report prep. Research CD Max and respond to team. Update interim report, T/C w/ DS re: updates, distribute to Allen Matkins. | |
| 12/5/2025 | Sydney Fisher | Met with Hamish Davidson to discuss Maverick discovery. | 0.50 |
| 12/5/2025 | Sydney Fisher | Review bank statements and other documents regarding Maverick production. | 4.10 |
| 12/8/2025 | Hamish Davidson | Review Maverick production analysis and clarify document descriptions. | 0.90 |
| 12/8/2025 | Michelle Papenfuss | Review payroll records available and confer w/ S. Donell and S. Bates. | 0.50 |
| 12/9/2025 | Hamish Davidson | Complete final review of Maverick production index. | 0.30 |
| 12/9/2025 | Michelle Papenfuss | Review M. Kebah request and respond. T/C w/ S. Bates re: questions on accounts and HR items. F/U w/ Allen Matkins. T/C w/ S. Bates re: Cendix and safe. Research and F/U w/ HD. Research HR files and update to HD. | 1.00 |
| 12/11/2025 | Hamish Davidson | Research Cendix and related entities. | 1.50 |
| 12/12/2025 | Hamish Davidson | Complete GL research on Cendix and incorporate results into report. | 1.20 |
| 12/15/2025 | Michelle Papenfuss | Review and respond to emails. Research vehicle questions for T. Fates. | 0.80 |
| 12/16/2025 | Hamish Davidson | Research vehicle payment items. | 0.80 |
| 12/16/2025 | Michelle Papenfuss | Review and respond to emails. T/C w. S. Bates re: cyber truck and case update. Related F/U communication. | 0.80 |
| 12/16/2025 | Michelle Papenfuss | Compile evidence for Cyber Truck payments. Research statements in Relativity. Research vehicle information, search the GL and provide backup and summary report to T. Fates re: vehicles. | 2.10 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 166**



**STAPLETON GROUP**

**A PART OF JS|HELD**

| | |
|---|---|
| **Invoice No:** | INV-01US-0346443 |
| **Date:** | 1/26/2026 |
| **Due date:** | 1/26/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 12/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 12/17/2025 | Michelle Papenfuss | Review Stripe production, related F/Us. Review UCFS response and confer w/ M. Kebeh. T/C w/ T. Fates re: FTC request on houses. | 0.30 |
| 12/17/2025 | Peter Davis | Review various emails provided. | 0.50 |
| 12/18/2025 | David Stapleton | T/C w/ MP. Review next steps. | 0.30 |
| 12/18/2025 | Michelle Papenfuss | Access production provided by R. Tyndall and update files. F/U w/ R. Gonzalez re: production. | 0.60 |
| 12/19/2025 | David Stapleton | Review issues w/ MP. Update on call w/ counsel. | 0.40 |
| 12/19/2025 | Hamish Davidson | Confer w/ MP requirements for report related to property payments. | 0.20 |
| 12/19/2025 | Michelle Papenfuss | Review documents and confer w/ HD re: mortgage report. Review production and prepare for meeting. T/C w/ UCFS counsel re: production. | 1.00 |
| 12/22/2025 | Hamish Davidson | Draft report for receiver on property related payments. | 3.60 |
| 12/22/2025 | Michelle Papenfuss | Confer w/ DB re: invoices. | 0.10 |
| 12/22/2025 | Michelle Papenfuss | Research Relativity for transactions re: Mannix property. Revise and edit report to Allen Matkins. | 2.50 |
| 12/23/2025 | Hamish Davidson | Review PayCom production to zip file. | 0.40 |
| 12/23/2025 | Hamish Davidson | Review, edit and updated report to receiver on property payments. | 0.70 |
| 12/23/2025 | Michelle Papenfuss | Review production from Paycom. Confer w/ HD. T/C w/ DS re: case update. | 0.30 |
| 12/23/2025 | Michelle Papenfuss | Review and revise report. Prepare Appendix and finalize and deliver report to T. Fates. | 1.70 |
| 12/24/2025 | David Stapleton | Review and discuss report for Receiver's counsel. | 0.40 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 167**



| | | |
|---|---|---|
| **Invoice No:** | INV-01US-0346443 | |
| **Date:** | 1/26/2026 | |
| **Due date:** | 1/26/2026 | |
| **Payment Terms:** | Due Upon Receipt | |
| **Bill Through Date:** | 12/31/2025 | |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 12/26/2025 | Hamish Davidson | Analyze Paycom production and convert all files to Excel. | 3.10 |
| 12/26/2025 | Michelle Papenfuss | Review and coordinate re: smartersolutions. | 0.20 |
| 12/29/2025 | Hamish Davidson | Analyze PayCom Production and extracted G Paragh salary information. | 1.60 |
| 12/29/2025 | Michelle Papenfuss | Review and respond to emails. | 0.20 |
| 12/30/2025 | Michelle Papenfuss | Renew Microsoft subscription for ATS QuickBooks server. Confer w/ S. Sira re: ATS update. Update files and review documents in process. | 0.60 |
| 12/30/2025 | Michelle Papenfuss | Research items for S. Bates and follow up with files and uploads. | 0.60 |
| 12/30/2025 | Michelle Papenfuss | T/C w/ S. Bates re: Paycom, Drake and Logics. | 0.60 |
| 12/31/2025 | Michelle Papenfuss | Review accounting and provide feedback to CG. | 0.20 |
| | | **TOTAL:** | **67.70** |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 168**



| | |
|---|---|
| **Invoice No:** | INV-01US-0346443 |
| **Date:** | 1/26/2026 |
| **Due date:** | 1/26/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 12/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| **PROJECT NO.** | **PROJECT NAME** |
|---|---|
| 251001093 | FTC v American Tax Service |

**SUMMARY OF EXPENSES:**

| Staff Member | Amount |
|---|---|
| **DIGITAL INVESTIGATIONS AND DISCOVERY** | |
| | |
| **DIGITAL INVESTIGATIONS AND DISCOVERY TOTALS** | |
| **STRATEGIC ADVISORY** | |
| | |
| **STRATEGIC ADVISORY TOTALS** | |
| **TOTAL EXPENSES:** | **42.09  USD** |

**EXPENSE DETAIL**

| Expenses | Amount |
|---|---|
| Office Supplies | 9.99 |
| Software | 32.10 |

| | |
|---|---|
| **TOTAL EXPENSES:** | **42.09  USD** |



| | | |
|---|---|---|
| **Invoice No:** | INV-01US-0348228 |
| **Date:** | 2/5/2026 |
| **Due date:** | 2/5/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 1/30/2026 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| | | |
|---|---|---|
| **Professional Services Rendered:** | USD | $ 14,095.00 |
| **Expenses:** | USD | $ 27.54 |
| **Invoice Total** | USD | $ 14,122.54 |

Rounding differences may exist compared to the detail pages

**TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT VIA ACH TO**

| | |
|---|---|
| Bank Name: | JP Morgan Chase Bank |
| ABA#: | 021000021 |
| Swift Code: | CHASUS33 |
| Account: | 328833006 |
| Branch address: | 4 New York Plaza, New York, NY, 10004 |
| Beneficiary: | J.S. Held LLC - US |
| Reference (Mandatory): | Invoice No: INV-01US-0348228 |

If ACH payments are not an option for your company, please mail all checks to

| *Mailing Address* | *Overnight Mailing Address* |
|---|---|
| **J.S. Held US Lockbox** | **JP Morgan Chase – Lockbox Processing** |
| P.O. Box 23368 | Attn: J.S. Held US Lockbox #23368 |
| New York, NY 10087-3368 | 4 Chase Metrotech Center, 7th Fl East |
| | Brooklyn NY 11245 |

Please send your remittance statement at the time payment is processed to Payments@JSHeld.com.

Payment via Credit Card: Please see below credit card link to process payment of your invoice. Please note that there will be a 4% processing fee added on to your charge for the process of the payment using this link. Click here to make your payment

Please email CashApps@JSHeld.com with any questions you may have regarding invoice payments.

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0348228** WHEN REMITTING PAYMENT    Page 1 of 5
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 170**



|  |  |
|---|---|
| **Invoice No:** | INV-01US-0348228 |
| **Date:** | 2/5/2026 |
| **Due date:** | 2/5/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 1/30/2026 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| Staff Member | Total Hours | Rate | Amount |
|---|---|---|---|
| **STRATEGIC ADVISORY** | | | |
| David Stapleton | 1.90 | 545.00 | 1,035.50 |
| Debbie Burger | 0.30 | 395.00 | 118.50 |
| Hamish Davidson | 14.40 | 515.00 | 7,416.00 |
| Michelle Papenfuss | 13.00 | 425.00 | 5,525.00 |
| **TOTAL STRATEGIC ADVISORY** | **29.60** | | **14,095.00** |
| **TOTAL PROFESSIONAL SERVICES RENDERED:** | **29.60** | | **$ 14,095.00  USD** |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 1/2/2026 | Hamish Davidson | Work on reconciliation and analysis of director's Paycom salaries and dividends. | 2.10 |
| 1/2/2026 | Michelle Papenfuss | Review and respond to emails. | 0.10 |
| 1/5/2026 | Michelle Papenfuss | T/C w/ S. Bates re: Paycom and T/C w/ N. Martin. | 0.50 |
| 1/5/2026 | Michelle Papenfuss | Search for bank transactions for S. Bates. Maintenance on R. DeMorares accounts. Confer w/ HD re: open items. | 1.00 |
| 1/6/2026 | Michelle Papenfuss | Review Paycom production report. T/C w/ HD and related F/Us. Confer re: QuickBooks. | 1.60 |
| 1/6/2026 | Hamish Davidson | Participate in internal discussion re: items identified in PayCom Production. | 0.70 |
| 1/7/2026 | David Stapleton | Review issues on matter. Confer w/ team. Update w/ counsel for Receiver. | 0.50 |

PLEASE REFERENCE THE J.S. HELD INVOICE NUMBER # **INV-01US-0348228** WHEN REMITTING PAYMENT    Page 2 of 5
J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 171**



| | |
|---|---|
| **Invoice No:** | INV-01US-0348228 |
| **Date:** | 2/5/2026 |
| **Due date:** | 2/5/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 1/30/2026 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 1/7/2026 | Hamish Davidson | Access and research executive salary related information in QuickBooks. | 1.60 |
| 1/7/2026 | Hamish Davidson | Identify and review all executive payroll journals in QuickBooks and exported. | 2.10 |
| 1/7/2026 | Michelle Papenfuss | Review and respond to emails. | 0.10 |
| 1/8/2026 | Hamish Davidson | Work on reconciliation of PayCom records to Journal entries. | 2.20 |
| 1/8/2026 | Michelle Papenfuss | Confer w/ DS re: case status and current outstanding requests. Reconcile expense transactions. | 0.30 |
| 1/9/2026 | Hamish Davidson | Reconcile Paycom W-2's to check register and Journal Entries. | 0.90 |
| 1/9/2026 | Hamish Davidson | Produce outline of report on Paycom production for internal discussion. | 1.30 |
| 1/12/2026 | David Stapleton | Review and prepare for call w/ counsel for Receiver later in the week. Confer w/ MP. | 0.40 |
| 1/12/2026 | Debbie Burger | Review court docket and pleadings pertaining to fee application. Send details to MP. | 0.30 |
| 1/12/2026 | Hamish Davidson | Participate in internal discussion re: officer's salaries and Paycom production. | 0.60 |
| 1/12/2026 | Hamish Davidson | Work on officer's salary and dividend data for 2024 and 2025 through Takeover Date. | 1.10 |
| 1/12/2026 | Michelle Papenfuss | T/C w/ HD re: Paycom production. Review Relativity for related documents. Review files from Mannix property statements. Review documents and send 2022 tax statements to S. Bates. T/C w/ DS re: case update. | 1.80 |
| 1/13/2026 | David Stapleton | Prepare for and attend call w/ counsel for Receiver. Determine next steps. Confer w/ MP. | 0.70 |
| 1/13/2026 | Michelle Papenfuss | Update case files and confer w/ HD. | 0.30 |
| 1/13/2026 | Michelle Papenfuss | Prepare for call and T/C w/ J. del Castillo and DS re: case update. | 0.50 |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 172**



| | |
|---|---|
| **Invoice No:** | INV-01US-0348228 |
| **Date:** | 2/5/2026 |
| **Due date:** | 2/5/2026 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 1/30/2026 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

| Date | Staff Member | Description | Hours |
|---|---|---|---|
| 1/15/2026 | Michelle Papenfuss | Logics troubleshooting w/ S. Bates. Related follow ups. | 0.30 |
| 1/16/2026 | Michelle Papenfuss | Review Paycom notes and F/U. | 0.30 |
| 1/18/2026 | David Stapleton | Update on next steps, emails w/ team. | 0.30 |
| 1/19/2026 | Michelle Papenfuss | Confer re: Logics connections issue. Review reconnected system for errors. Confer w/ DS re: case update. | 0.50 |
| 1/20/2026 | Michelle Papenfuss | Confer w/ J. del Castillo re: Relativity access. Review documents. | 0.30 |
| 1/21/2026 | Michelle Papenfuss | Review accounting transactions. F/U w/ CG. | 0.30 |
| 1/22/2026 | Michelle Papenfuss | Research SBA loans for S. Donell. Search for missing 2021 bank statements. Download supporting documents. | 1.30 |
| 1/26/2026 | Hamish Davidson | Reviewed Maverick production and outputs. | 0.30 |
| 1/26/2026 | Hamish Davidson | Participated in Teams call regarding case status and work required on productions. | 0.60 |
| 1/26/2026 | Michelle Papenfuss | Review UCFS production. Prep for call. T/C w/ HD re: case update and production research. | 1.00 |
| 1/27/2026 | Hamish Davidson | Researched Maverick documents in Reveal, production index and findings. | 0.90 |
| 1/28/2026 | Michelle Papenfuss | Confer w/ M. Kebeh and update to DS. | 0.30 |
| 1/29/2026 | Michelle Papenfuss | T/C w/ S. Bates and M. Kebeh re: case status and requested items. | 0.60 |
| 1/29/2026 | Michelle Papenfuss | Research dividend and application in Paycom. Research Relativity. Review documents from S. Bates. | 1.90 |
| | | **TOTAL:** | **29.60** |

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Exhibit 3**
**Page 173**



**Invoice No:**        INV-01US-0348228
**Date:**              2/5/2026
**Due date:**          2/5/2026
**Payment Terms:**     Due Upon Receipt
**Bill Through Date:** 1/30/2026

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: 47-3291463

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 251001093 | FTC v American Tax Service |

**SUMMARY OF EXPENSES:**

**DIGITAL INVESTIGATIONS AND DISCOVERY**

**DIGITAL INVESTIGATIONS AND DISCOVERY TOTALS**

**STRATEGIC ADVISORY**

**STRATEGIC ADVISORY TOTALS**

| **TOTAL EXPENSES:** | **27.54  USD** |
|---|---|

**EXPENSE DETAIL**

| Expenses | Amount |
|---|---|
| Software | 27.54 |

| **TOTAL EXPENSES:** | **27.54  USD** |
|---|---|

SmarterSolutions, Inc.

# INVOICE

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

| Date | Invoice # |
|------|-----------|
| 12/12/25 | 81788 |
| Terms | Due Date |
| Net 30 | 1/11/26 |

| Bill To | Ship To |
|---------|---------|
| Stapleton Groupn<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 | Stapleton Group<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|------|-------------|-----|------|--------|
| 11/26/25 | Project: ATS  Work Role: Level 1 Engineer Work Type: Remote Resource: Jensen Petersen<br><br>Creating a compressed 7zip file for the New Drake folder to copy over to ATS-DRAKE VM. | 0.5 | 250.00 | 125.00T |
| 11/21/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Setup the VM and started to get the EPDR and Backup started and working. | 1.25 | 250.00 | 312.50T |
| 11/21/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Connected with Sarah regarding Google Workspace users.<br> Discussed access to user logs and actions needed for certain accounts.<br> Attempted to push back a archived user but was unsuccessfullikely due to missing licenses and an inactive credit card for payment.<br> Reviewed Gregs accounts to determine if a file was shared externally on November 14; no conclusion yet, though we observed access attempts.<br> Need to confirm whether alternate email accounts allow users to reset passwords.<br> Discussed capturing all hard drives from computers, possibly traveling to Las Vegas to remove drives, while sending remaining systems for recycling.<br> Talked about GoDaddy and the need to obtain access via court order; expiring domains are not critical.<br> Also reviewed the ATS.tax account in its separate Google tenantmost users havent logged in for over a year, so it appears inconsequential. | 1 | 250.00 | 250.00T |
| 11/21/25 | Project: ATS  Work Role: Level 1 Engineer Work Type: Remote Resource: Jensen Petersen<br><br>Began backing up the 2nd larger Apricorn drive to the 6TB HDD. There is 1.28TB on the second drive with 1.36TB free on the Backup drive. Will take a few hours to back up. | 0.5 | 250.00 | 125.00T |
| 11/21/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Started creating new VM for Drake Usage. | 1 | 250.00 | 250.00T |
| 11/21/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Met with Michelle and the team to investigate issues with the Drake system.<br> The software on the computers appears problematic; certain files were locked, preventing Drake from being updated.<br> Once we were able to remove the other computers that were stopping the upgrade we were able to update the system.<br> We also discussed setting up a new virtual machine (VM) and migrating all files to it. Additionally, we plan to move the Drake files from the Synology box to the VM so the system can operate independently if the site goes down.<br> Notably, the Synology box hosting Drake has failing hard drives, making data migration a more urgent and preferable option. | 0.45 | 250.00 | 112.50T |

| Total |
|-------|

**Exhibit 3**
**Page 175**

SmarterSolutions, Inc.

# INVOICE

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

| Date | Invoice # |
|------|-----------|
| 12/12/25 | 81788 |
| Terms | Due Date |
| Net 30 | 1/11/26 |

| Bill To | Ship To |
|---------|---------|
| Stapleton Groupn<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 | Stapleton Group<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|------|-------------|-----|------|--------|
| 11/21/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Accessed the Google Workspace admin account and successfully converted 250 accounts to Archive status.<br> Did research on easiest way to apply new settings to 292 accounts after some research I was able to determine a CSV upload in the right format was the most efficient way to make the change, manually it would have taken a few hours. After a few example attempts we were able to push the proper files up and get all the accounts converted.<br> Left the admin accounts and those that could not be converted unchanged.<br> Additionally, converted the subscription from Enterprise Plus to Business Plus, which still retains eDiscovery capabilities. | 0.3 | 250.00 | 75.00T |
| 11/7/25 | Project: ATS  Work Role: Level 1 Engineer Work Type: Remote Resource: Jensen Petersen<br><br>Checked that both drive data copied over to the HDD. Confirmed. Took HDD out of computer and packed back in antistatic bag. | 0.3 | 250.00 | 75.00T |
| 11/6/25 | Project: ATS  Work Role: Level 1 Engineer Work Type: Remote Resource: Jensen Petersen<br><br>First drive completed backing up successfully. Began backup on the second drive. | 0.3 | 250.00 | 75.00T |
| 11/6/25 | Project: ATS  Work Role: Level 1 Engineer Work Type: Remote Resource: Jensen Petersen<br><br>Received two encrypted drives from Sanehpal from ATS to backup to an external drive. Began backing up the first of the two drives using FreeFileSync. When that finishes, I'll begin backing up the second larger drive. | 0.5 | 250.00 | 125.00T |
| 11/4/25 | Project: ATS  Work Role: Level 2 Engineer Work Type: Remote Resource: Raul Barajas<br><br>Ran a search of all associated 800 numbers.  Re-routed all 800 numbers to the Automated Receptionist so they all play the correct message.  Ran addtional searches on call queues and customer service lines and re-routed to the Automated Receptionist. | 0.5 | 250.00 | 125.00T |
| 11/3/25 | Project: ATS  Work Role: Senior Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Worked with Sarah R. Bates to get her connected to the Remote Computers,  Access emails and setup a new FEDRECEIVER gmail account .  ALso instructed on accessing other users emails and Payment to the google workspace account. | 1 | 250.00 | 250.00T |
| 10/23/25 | Project: ATS  Work Role: Level 2 Engineer Work Type: Remote Resource: Raul Barajas<br><br>Good Morning Lisa,<br>I confirmed with Sanehpal earlier today that the wording HAS been updated.<br>I will take a look at the routing of these numbers today and make sure they are also forwarding appropriately and respond back. | 0.5 | 250.00 | 125.00T |

## Total

**Exhibit 3**
**Page 176**

SmarterSolutions, Inc.

# INVOICE

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

| Date | Invoice # |
|------|-----------|
| 12/12/25 | 81788 |
| Terms | Due Date |
| Net 30 | 1/11/26 |

| Bill To | Ship To |
|---------|---------|
| Stapleton Groupn<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 | Stapleton Group<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|------|-------------|-----|------|--------|
| 11/12/25 | Seagate Exos 6TH Internal Hard Drive Enterprise HDD - 3.5 Inch 6Gb/s 7200 RPM 128mb Cache for Enterprise, Data Center<br>S/N: ZAD808EV | 1 | 180.00 | 180.00 |
|  | Sales Tax |  | 7.75% | 156.94 |

| | Total | $2,361.94 |
|---|---|---|

**Exhibit 3**
**Page 177**

SmarterSolutions, Inc.

# INVOICE

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

| Date | Invoice # |
|------|-----------|
| 1/12/26 | 82089 |
| Terms | Due Date |
| Net 30 | 2/11/26 |

| Bill To | Ship To |
|---------|---------|
| American Tax Service<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 | ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|------|-------------|-----|------|--------|
| 12/19/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira | 2 | 250.00 | 500.00T |
| | Did a restore of Rodrigos' machine.  Converted it to a VM hosted in our data center, installed updates and any other items we needed to get it up and running. | | | |
| 12/15/25 | Project: ATS  Work Role: Level 2 Engineer Work Type: Remote Resource: Raul Barajas | 0.5 | 250.00 | 125.00T |
| | Parked (Paused) backups and retained in the cloud. | | | |
| 12/9/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira | 12.5 | 250.00 | 3,125.00T |
| | Initial Assessment<br> Met with Sarah and the team to review the current setup.<br> Identified all computers in use and determined which systems needed isolation for security purposes.<br> Network & Access Configuration<br> Verified that each computer had a local login path.<br> Updated or set passwords where necessary.<br> Installed ScreenConnect remote access on applicable machines for remote management.<br> Backup Setup<br> Configured backups for all critical machines to ensure data protection.<br> System Isolation & Organization<br> Disconnected computers from the network and their desks.<br> Labeled each system for identification.<br> Consolidated machines into a few designated locations for easier management.<br> System Discovery & Validation<br> Accessed locked-down computers to regain control.<br> Performed discovery on multiple systems to:<br> Check installed software.<br> Determine importance and relevance to operations.<br> Identify any sensitive or critical data.<br> Continued to remotely monitor and address any tasks that needed to be completed. | | | |
| 12/5/25 | Project: ATS  Work Role: Level 2 Engineer Work Type: Remote Resource: Raul Barajas | 0.5 | 250.00 | 125.00T |
| | Uninstalled the back up agent from DESKTOP-4TEJADN, restarted the device and re-installed the agent.<br>Initiated a full back up, | | | |
| 12/5/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira | 0.5 | 250.00 | 125.00T |
| | Connected with Sarah about the todo list in Las Vegas.  Discussed the options to either backup the server, and Virtualize them of host them in the data center. | | | |
| 12/5/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira | 0.75 | 250.00 | 187.50T |
| | connected with the DRAKE team and Michelle to get drake working on the VM. | | | |

## Total

**Exhibit 3**
**Page 178**

SmarterSolutions, Inc.

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

# INVOICE

| Date | Invoice # |
|---|---|
| 1/12/26 | 82089 |
| Terms | Due Date |
| Net 30 | 2/11/26 |

| Bill To |
|---|
| American Tax Service<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Ship To |
|---|
| ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|---|---|---|---|---|
| 12/4/25 | Project: ATS  Work Role: Level 3 Engineer Work Type: Remote Resource: Sanehpal Sira<br><br>Michelle Lost access to the TP007 Rodirigoes machine.  Got her back in and verified user and pass. | 0.25 | 250.00 | 62.50T |
| 12/4/25 | Project: ATS  Work Role: Level 2 Engineer Work Type: Remote Resource: Raul Barajas<br><br>Raul started a remote session onto ATS-DRAKE. Installed the Axcient x360 recover direct to cloud back up agent.<br>Ran a full back up of the server. | 0.5 | 250.00 | 125.00T |
| 12/2/25 | Project: ATS  Work Role: Level 2 Engineer Work Type: Remote Resource: Raul Barajas<br><br>Raul logged into the x360 Vault and checked the failing devices.  TP007 is out of diskspace on the C drive.  Need admin rights to and permission to create free space on the drive to complete the back up process.  Started a remote session onto DESKTOP-4TEJADN (currently stuck at 66% complete) and restarted the replibit agent services.  Paused the backup job and restarted.  Backup resumed for DESKTOP-4TEJADN.  Checked DESKTOP-TFQEUM5, they device is turned off and will need to be powered up to continue backing up. | 0.75 | 250.00 | 187.50T |
| | Sales Tax | | 7.75% | 353.59 |

| Total | $4,916.09 |
|---|---|

**Exhibit 3**
**Page 179**

SmarterSolutions, Inc.

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

# INVOICE

| Date | Invoice # |
|---|---|
| 12/1/25 | 81741 |
| Terms | Due Date |
| Net 30 | 12/31/25 |

| Bill To | Ship To |
|---|---|
| American Tax Service<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 | Stapleton Group<br>ATS Recievership<br>514 via de la valle<br>suite 210<br>solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|---|---|---|---|---|
| 12/1/25 | VPS Server Hosting ATS VM for Quickbooks Hosting | 2 | 85.00 | 170.00 |
| 12/1/25 | Replibit Business Continuity and Disaster Recovery (BDR):<br><br>* Workstation protection: Never reseed and no chains to break because your backup is chain-free<br>* AutoVerify ensures backups are always recoverable via boot and deep volume checks<br> Flexible backup schedules as often as every 15 minutes<br> Ransomware protection because AirGap protects your backups against attackers<br> Near-instant virtualization locally and in the cloud<br> Backup to private or public cloud VMs<br> Local cache to accelerate restores and virtualization, chain-free<br> Self-management of cloud disaster recovery and virtualization<br> Automate ticketing and billing processes with PSA and RMM integration<br>* File and folder recovery<br>* Virtual disk export with all major hypervisor disk formats supported<br>* Bare Metal Restore (BMR) to disparate hardware<br>* And more .... | 8 | 50.00 | 400.00 |
| 12/1/25 | 724it Remote Access Per device. Allows users to remote into the hosted computers. | 10 | 11.00 | 110.00 |
| 12/1/25 | 724IT Monthly Workstation Endpoint Security solution (EPDR)<br>Hosted VMs | 2 | 10.00 | 20.00 |
| 12/1/25 | 724IT Monthly Workstation RMM Solution to Proactively monitor, manage, and support client networks: Hosted VMs | 2 | 35.00 | 70.00 |
| | Sales Tax | | 7.75% | 0.00 |

| Total | $770.00 |
|---|---|

**Exhibit 3**
**Page 180**

SmarterSolutions, Inc.

# INVOICE

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

| Date | Invoice # |
|------|-----------|
| 1/1/26 | 81971 |
| Terms | Due Date |
| Net 30 | 1/31/26 |

| Bill To |
|---------|
| American Tax Service |
| 514 via de la valle |
| suite 210 |
| solana beach, CA 92075 |

| Ship To |
|---------|
| ATS Recievership |
| 514 via de la valle |
| suite 210 |
| solana beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|------|-------------|-----|------|--------|
| 1/1/26 | Microsoft exchange online fully-hosted email, complete with online calendars and contacts. You can connect to your Exchange Online account via Microsoft Outlook, Outlook on the web and Outlook apps for smartphones. 50GB mailbox storage. | 1 | 10.00 | 10.00 |
| 1/1/26 | Pax8 - Exchange Online (Plan 1) [New Commerce Experience] - Prorated for 12/02/2025 - 12/31/2025 | 1 | 4.65 | 4.65 |
| | Sales Tax | | 7.75% | 0.00 |

| | Total | $14.65 |
|--|-------|--------|

**Exhibit 3**
**Page 181**

SmarterSolutions, Inc.

5473 Kearny Villa Rd Ste. 260
San Diego, CA 92123

# INVOICE

| Date | Invoice # |
|---|---|
| 1/1/26 | 81985 |
| Terms | Due Date |
| Net 30 | 1/31/26 |

| Bill To | Ship To |
|---|---|
| STAPLETON (SGI)<br>514 Via De La valle<br>206<br>Solana Beach, CA 92075 | STAPLETON (SGI)<br>514 Via De La valle<br>206<br>Solana Beach, CA 92075 |

| Date | Description | QTY | Rate | Amount |
|---|---|---|---|---|
| 1/1/26 | VPS Server Hosting ATS VM for Quickbooks Hosting | 2 | 85.00 | 170.00 |
| 1/1/26 | Replibit Business Continuity and Disaster Recovery (BDR): | 8 | 50.00 | 400.00 |
| | * Workstation protection: Never reseed and no chains to break because your backup is chain-free | | | |
| | * AutoVerify ensures backups are always recoverable via boot and deep volume checks | | | |
| | Flexible backup schedules as often as every 15 minutes | | | |
| | Ransomware protection because AirGap protects your backups against attackers | | | |
| | Near-instant virtualization locally and in the cloud | | | |
| | Backup to private or public cloud VMs | | | |
| | Local cache to accelerate restores and virtualization, chain-free | | | |
| | Self-management of cloud disaster recovery and virtualization | | | |
| | Automate ticketing and billing processes with PSA and RMM integration | | | |
| | * File and folder recovery | | | |
| | * Virtual disk export with all major hypervisor disk formats supported | | | |
| | * Bare Metal Restore (BMR) to disparate hardware | | | |
| | * And more .... | | | |
| 1/1/26 | 724it Remote Access Per device. Allows users to remote into the hosted computers. | 10 | 11.00 | 110.00 |
| 1/1/26 | 724IT Monthly Workstation Endpoint Security solution (EPDR) Hosted VMs | 2 | 10.00 | 20.00 |
| 1/1/26 | 724IT Monthly Workstation RMM Solution to Proactively monitor, manage, and support client networks: Hosted VMs | 2 | 35.00 | 70.00 |
| | Sales Tax | | 7.75% | 0.00 |

| **Total** | $770.00 |
|---|---|

**Exhibit 3**
**Page 182**