# EXHIBIT 4

## SL Biggs
## Detailed Invoices

**Exhibit 4**
**Page 183**

4903-5301-2629.1/
396961.00002/0-0-00/alk/md



**SLBiggs**

**A Division of SingerLewak**

November 30, 2025

FTC v American Tax Service, LLC
c/o Stephen Donell
12121 Wilshire Boulevard, Suite 710
Los Angeles, CA 90025

Client No. ACC-41787
Invoice: INV656874

Professional services rendered through November 30, 2025

| | |
|---|---|
| Prior Balance Forward | $  16,190.28 |
| Billing for professional tax and consulting services rendered in November per detail attached | |
| Current Amount Due | $     1,936.00 |
| Total Amount Due | $   18,126.28 |

Payable Upon Receipt - Thank You

**Exhibit 4**
**Page 184**

10960 Wilshire Blvd., Suite 1100, Los Angeles, California 90024 | T: 310.477.3924 | F: 310.478.6070



**FTC v AMERICAN TAX SERVICE LLC, et al.**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/2025 | Brian Landau | Email regarding claimant and review of Victor Putz case. | 0.4 | 242.00 |
| 11/17/2025 | Brian Landau | Reviewed document downloads for information on Turlloch, emailed Steve regarding same | 0.6 | 363.00 |
| 11/17/2025 | Stephanie Gunderson | LOG INTO RODRIGO'S REMOTE COMPUTER AND REVIEW OF LOGICS CLIENT DETAIL RE KATRINA (RICHARD) TULLOCH | 0.3 | 181.50 |
| 11/19/2025 | Brian Landau | Call with Victor Putz regarding services performs by ATS. | 0.5 | 302.50 |
| 11/21/2025 | Brian Landau | Research services performed for Kendrick Douglass in Logics Software - emailed Sarah for additional information | 1.2 | 726.00 |
| 11/22/2025 | Brian Landau | Call with Receiver on status | 0.2 | 121.00 |
| | | **Totals** | **3.20** | **1,936.00** |

**Exhibit 4**
**Page 185**



**SLBiggs**

**A Division of SingerLewak**

December 31, 2025

FTC v American Tax Service, LLC
c/o Stephen Donell
12121 Wilshire Boulevard, Suite 710
Los Angeles, CA 90025

Client No. ACC-41787
Invoice: INV659412

Professional services rendered through December 31, 2025

| | |
|---|---|
| Prior Balance Forward | $ 18,126.28 |
| Billing for professional tax and consulting services rendered in December per detail attached | |
| Current Amount Due | $ 1,823.00 |
| Total Amount Due | $ 19,949.28 |

Payable Upon Receipt - Thank You

**Exhibit 4**
**Page 186**

10960 Wilshire Blvd., Suite 1100, Los Angeles, California 90024 | T: 310.477.3924 | F: 310.478.6070




**PrimeGlobal**
*An Association of Independent Accounting Firms*

**FTC v AMERICAN TAX SERVICE LLC, et al.**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| 12/4/2025 | Brian Landau | Worked through payroll invoices and documents needed | 0.3 | 181.50 |
| 12/10/2025 | Sam Biggs | review issues re tax filings, office closings, records, etc. with Landau and related work | 0.3 | 208.50 |
| 12/19/2025 | Brian Landau | Call with Paycom atty related to documents needed. | 0.4 | 242.00 |
| 12/22/2025 | Brian Landau | Call with Sarah on payroll tax filings, with Paycom | 0.6 | 363.00 |
| 12/22/2025 | Brian Landau | Email to Gary at Paycom regarding invoice payment. | 0.5 | 302.50 |
| 12/24/2025 | Brian Landau | Call with Steve regarding wages claims and 401k administration. | 0.3 | 181.50 |
| 12/30/2025 | Brian Landau | Call with Sarah regarding payroll and power of atty. | 0.4 | 242.00 |
| 12/30/2025 | Justin Chi | Created return in tax software and form 2848. | 0.4 | 102.00 |
| | | **TOTAL** | **3.2** | **1,823.00** |

**Exhibit 4**
**Page 187**



## A Division of SingerLewak

January 31, 2026

FTC v American Tax Service, LLC
c/o Stephen Donell
12121 Wilshire Boulevard, Suite 710
Los Angeles, CA 90025

Client No. ACC-41787
Invoice: INV662074

Professional services rendered through January 31, 2026

| | |
|---|---|
| Prior Balance Forward | $ 19,949.28 |

Billing for professional tax and consulting services rendered in January as follows:

| | |
|---|---|
| • Work related to POA and corporate tax | $ 5,218.00 |
| • 401K Administration related work | $ 1,170.00 |
| • Wage claim review | $ 1,512.50 |
| • Phone consultation | $ 77.00 |

See detail of time attached.

| | |
|---|---|
| Current Amount Due | $ 7,977.50 |
| Total Amount Due | $ 27,926.78 |

Payable Upon Receipt - Thank You

**Exhibit 4
Page 188**

10960 Wilshire Blvd., Suite 1100, Los Angeles, California 90024 | T: 310.477.3924 | F: 310.478.6070



**FTC v AMERICAN TAX SERVICE LLC, et al.**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/5/2026 | Justin Chi | Edited for 2848s to include correct names | 0.6 | 153.00 |
| 1/5/2026 | Justin Chi | Prepared form 2848s for nine (9) entities | 2.5 | 637.50 |
| 1/6/2026 | Brian Lynn | Review and update entity powers of attorney. | 0.6 | 231.00 |
| 1/8/2026 | Brian Landau | Reviewed email from Mo regarding 401k and emailed regarding same. | 0.4 | 242.00 |
| 1/8/2026 | Brian Lynn | Phone call with IRS requesting information and transcripts on entities. | 2.5 | 962.50 |
| 1/8/2026 | Brian Lynn | Phone call with IRS requesting information and transcripts on entities. | 2.6 | 1,001.00 |
| 1/8/2026 | Brian Lynn | Review transcripts received and begin preparing summary of outstanding tax balances for entities. | 1.8 | 693.00 |
| 1/8/2026 | Sam Biggs | Review 401k issues and termination and consultation on same | 0.4 | 278.00 |
| 1/9/2026 | Brian Lynn | Continue preparing summary; prepare Form 8822-B for change of addresses for entities. | 1.8 | 693.00 |
| 1/9/2026 | Brian Lynn | Phone call with IRS to request tax status and transcripts for entities; update summary. | 2.2 | 847.00 |
| 1/12/2026 | Brian Landau | Call regarding 401k administration and wage claims | 0.5 | 302.50 |
| 1/12/2026 | Sam Biggs | Conference call with Receiver, Josh regarding payroll claims and payment, plus 401k dissolution. | 0.5 | 347.50 |
| 1/20/2026 | Brian Landau | Prepared schedule of American Tax Group unpaid wages through 10/10 and emailed Sarah regarding same. | 1.0 | 605.00 |
| 1/21/2026 | Brian Landau | Prepared wage claim review for American Ta Group and emailed to Sarah and Steve. | 1.5 | 907.50 |
| 1/21/2026 | Brian Lynn | Phone call with Timothy Demase, answered questions about getting money back. | 0.2 | 77.00 |
| | | **TOTAL** | **19.1** | **7,977.50** |

**Exhibit 4**
**Page 189**