**Simon Barth**, MA Bar No. 706122, DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, Mailstop CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**


**Aaron D. Ford**, Attorney General
**Ernest D. Figueroa**, Consumer Advocate

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**State of Nevada, Office of the Attorney General**
Bureau of Consumer Protection
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Federal Trade Commission**, and<br><br>**State of Nevada**,<br><br>      Plaintiffs,<br><br>    v.<br><br>**American Tax Service LLC, et al.**,<br><br>      Defendants. | No. 2:25-cv-1894-GMN-EJY<br><br>**Joint Motion to Stay Proceedings<br>as to the Individual Defendants<br>Until June 12, 2026** |

Plaintiffs, the Federal Trade Commission and the State of Nevada, and the Individual Defendants, Terrance Selb and Tyler Bennett, hereby request that the Court stay this action as to the Individual Defendants until June 12, 2026. In support of this Motion, Plaintiffs state the following:

1

1.    Plaintiffs and the Individual Defendants have reached agreement on a proposed final settlement, which the Individual Defendants have signed.

2.    Plaintiffs will submit the proposed final settlement to the FTC Commissioners and the Nevada Attorney General for review. Counsel for Plaintiffs are informed and believe that it will likely take between eight to ten weeks to complete this review.

3.    Without a stay, Plaintiffs and the Individual Defendants will continue to incur the costs of litigation, including propounding and responding to discovery requests. These costs will be unnecessary should the parties' proposed final settlement agreement be approved by the FTC Commissioners and the Nevada Attorney General and then entered by this Court.

4.    For this reason, granting the requested stay will also serve the interests of judicial economy. Approval and entry of a proposed final settlement order will resolve this case as to the Individual Defendants. Plaintiffs will then seek default judgment against the remaining Corporate Defendants.

5.    For these reasons, Plaintiffs and the Individual Defendants request that the Court stay all proceedings in this case as to the Individual Defendants until June 12, 2026.

6.    If the FTC Commissioners and the Nevada Attorney General approve the proposed final settlement, Counsel for Plaintiffs will file the stipulated final order for the Court's approval.  If the FTC Commissioners and the Nevada Attorney General do not approve the proposed final settlement, and the parties are unable to agree on revisions sufficient to secure such approval, Counsel for Plaintiffs will proceed against the Individual Defendants and will move the Court for an amended scheduling order.

Accordingly, Plaintiffs and the Individual Defendants respectfully request that the Court further stay all proceedings in this case as to the Individual Defendants until June 12, 2026.

Respectfully submitted,

Dated: March 30, 2026

/s/ James Evans

**Simon Barth**, MA Bar No. 706122,
DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**Office of the Nevada Attorney General**
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

/s/ Bradley T. Austin

**Blakeley E. Griffith**, NV Bar No. 12386
**Bradley T. Austin**, NV Bar No. 13064
**Snell & Wilmer LLP**
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
(702) 784-5200
bgriffith@swlaw.com
baustin@swlaw.com

**Benjamin W. Reeves**, pro hac vice
**Snell & Wilmer LLP**
1 East Washington St., Suite 2700
Phoenix, AZ 85004
(602) 382-6000
breeves@swlaw.com

**Attorneys for the Individual Defendants**

3