**Simon Barth**, MA Bar No. 706122, DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, Mailstop CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**


**Aaron D. Ford**, Attorney General
**Ernest D. Figueroa**, Consumer Advocate

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**State of Nevada, Office of the Attorney General**
Bureau of Consumer Protection
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Federal Trade Commission**, and <br><br> **State of Nevada**, <br><br>         Plaintiffs, <br><br>       v. <br><br> **American Tax Service LLC, et al.**, <br><br>         Defendants. | No. 2:25-cv-1894-GMN-EJY <br><br> **Plaintiffs' Application for the Clerk's Entry of Default Against the Corporate Defendants** |

**To the Clerk:**

Plaintiffs, the Federal Trade Commission and State of Nevada, respectfully request, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk enter default in this matter against Defendants American Tax Service LLC, American Tax Solutions, American Tax Solutions LLC, ATS Tax Group LLC, Elite Sales Solutions also d/b/a American Tax Service,

GetaTaxLawyer.com LLC, TNT Holdings Group LLC, TNT Services Group LLC, and TNT Tax Associates Inc. (the "Corporate Defendants"). The facts supporting this application are set forth in the accompanying Declaration of the undersigned counsel for Plaintiffs.

Plaintiffs filed their Complaint in this action on October 6, 2025 (ECF No. 1). Plaintiffs served each Corporate Defendant with a summons and a copy of the Complaint on October 10, 2025 (ECF Nos. 21–31). Each of the Corporate Defendants has failed to plead or otherwise defend against the Complaint in this action, and the deadline to do so—October 31, 2025, *see* Fed. R. Civ. P. 12(a)(1)(A)(i)—has passed.

Accordingly, Plaintiffs request that the Clerk of the Court enter default against the Corporate Defendants. A proposed form of Default is filed along with this Application.

Respectfully submitted,

Dated: April 17, 2025

/s/ James Evans
**Simon Barth**, MA Bar No. 706122,
DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**Office of the Nevada Attorney General**
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**