

Blakeley E. Griffith, Esq. (NV Bar #12386)
Bradley T. Austin, Esq. (NV Bar #13064)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
bgriffith@swlaw.com
baustin@swlaw.com

Benjamin W. Reeves, Esq. (*pro hac vice*)
SNELL & WILMER L.L.P.
1 East Washington St., Suite 2700
Phoenix, AZ 85004
Telephone: 602-382-6000
breeves@swlaw.com
*Attorneys for the Individual Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Federal Trade Commission**, and

**State of Nevada**,

        Plaintiffs,

    v.

**American Tax Service LLC, et al.**,

        Defendants.

No. 2:25-cv-1894-GMN-EJY

**Stipulation and Order to Allow Conversion of Crypto Funds for Settlement Payment**

Defendants Terrance Selb and Tyler Bennett ("the Individual Defendants") and Plaintiffs, the Federal Trade Commission and State of Nevada, hereby stipulate to modify the Preliminary Injunction (Docket No. 64) to allow the conversion/sale of funds held in Cryptocurrency for a proposed settlement payment, as follows:

1. Plaintiffs and the Individual Defendants have reached agreement on a proposed final settlement, which the Individual Defendants have signed.

2. Plaintiffs have submitted the proposed final settlement to the FTC Commissioners and the Nevada Attorney General for review. Counsel for Plaintiffs are informed and believe that it will likely take between eight to ten weeks to complete this review.

3. Once approved by the FTC Commissioners and the Nevada Attorney General, and as part of the proposed settlement, Individual Defendants will be required to make a settlement payment to the FTC ("Settlement Payment").

4. To facilitate a portion of that settlement payment, Individual Defendants seek to convert/sell funds currently held by Tyler Bennett in the following Crypto wallets: Coinbase; MetaMask ("Crypto Wallets"). The current combined value of the Crypto Wallets is roughly $50,000.

5. As such, Plaintiffs and the Individual Defendants stipulate that Individual Defendants may convert/sell the funds held in the Crypto Wallets. Once converted to U.S. currency, those funds will be transferred in full to Snell & Wilmer, to be held as part of the proposed Settlement Payment.

6. Within 3 days of completing the conversion and transfer of funds to Snell & Wilmer, the Individual Defendants must provide to Plaintiffs sworn documentation reflecting: (1) the full amount of U.S. currency realized from the Crypto Wallets; and (2) the full amount transferred to Snell & Wilmer.

7. Any asset freeze with respect to the Crypto Wallets is released for the foregoing purpose.

8. Except for the modification enumerated above, the Preliminary Injunction (Docket No. 64), including as expanded by this Court's March 31, 2026 Order Modifying Preliminary Injunction (Docket No. 88), continues in full force and effect.

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED:    April 23, 2026

[Counsel signature blocks to follow]

**Stipulation and Order to Allow Conversion of Crypto Funds for Settlement Payment**

Approved and Consented to:

/s/ *Bradley Austin*

Blakeley E. Griffith (NV Bar #12386)
Bradley T. Austin (NV Bar #13064)
Benjamin W. Reeves (*Pro Hac Vice*)
Snell & Wilmer
1700 South Pavilion Center Dr., Ste.00
Las Vegas, NV 89135
(702) 784-5200
bgriffith@swlaw.com
baustin@swlaw.com
breeves@swlaw.com

*Attorneys for Individual Defendants*


/s/ *Simon Barth*

Simon Barth, MA Bar No. 706122,
DC Bar No. 90035761
James E. Evans, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

/s/ *Ziwei Zhang*

Ziwei Zheng, NV Bar No. 16351
Samantha B. Feeley, NV Bar No. 14034
Office of the Nevada Attorney General
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

- 3 -