**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Federal Trade Commission**, and

**State of Nevada**,

       Plaintiffs,

    v.

**American Tax Service LLC, et al.**,

       Defendants.

No. 2:25-cv-1894-GMN-EJY

**Order**

This cause is before the Court on the Joint Motion of Plaintiffs and Individual Defendants Terrance Selb and Tyler Bennett to Stay Proceedings as to the Individual Defendants Until June 12, 2026, to allow Plaintiffs time to seek approval of a proposed settlement between Plaintiffs and the Individual Defendants from the FTC Commissioners and the Nevada Attorney General. Good cause appearing, it is hereby **ORDERED** that the motion, (ECF No. 86), is **GRANTED**. All further proceedings in this case as to the Individual Defendants are **STAYED** until June 12, 2026. It is **FURTHER ORDERED** that the parties must submit settlement documents, or else a Joint Status Report apprising the Court on the status of the settlement on June 13, 2026. It is **FURTHER ORDERED** that Court's Order, (ECF No. 92), is **STRICKEN**.

It is so ordered:

_____
Hon. Gloria M. Navarro
United States District Judge

Dated:   April 28, 2026

1