**Simon Barth**, MA Bar No. 706122, DC Bar No. 90035761
**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, Mailstop CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

**Aaron D. Ford**, Attorney General
**Ernest D. Figueroa**, Consumer Advocate

**Ziwei Zheng**, NV Bar No. 16351
**Samantha B. Feeley**, NV Bar No. 14034
**State of Nevada, Office of the Attorney General**
Bureau of Consumer Protection
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-6021 / zzheng@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

**Attorneys for Plaintiff**
**State of Nevada**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Federal Trade Commission**, and

**State of Nevada**,

Plaintiffs,

v.

**American Tax Service LLC, et al.**,

Defendants.

No. 2:25-cv-1894-GMN-EJY

**Stipulation to Substitute Attorney for Plaintiff Federal Trade Commission**

Pursuant to Local Rule IA 11-6(c), undersigned counsel request that the Court approve a substitution of counsel for Plaintiff Federal Trade Commission. Specifically, James Evans will withdraw as counsel for the FTC as his employment at the agency will end on August 21, 2026. Simon Barth will substitute as sole counsel for the FTC going forward.

Dated: July 20, 2026

Respectfully submitted,

/s/ Simon Barth

**Simon Barth**, MA Bar No. 706122,
DC Bar No. 90035761
**Federal Trade Commission**
600 Pennsylvania Ave., NW, CC-6316/1144
Washington, DC 20580
(202) 326-3317 / sbarth@ftc.gov

**(Substituting Sole) Attorney for Plaintiff**
**Federal Trade Commission**

/s/ James Evans

**James E. Evans**, VA Bar No. 83866
**Federal Trade Commission**
600 Pennsylvania Ave., NW, CC-6316/1144
Washington, DC 20580
(202) 326-2026 / james.evans@ftc.gov

**(Withdrawing) Attorney for Plaintiff**
**Federal Trade Commission**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2026